JESSE S. KAPLAN   CSB3 103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
(916) 488-3030
(916 489-9297 fax

Attorney for Plaintiff
JOYCE DUNAWAY-SHERMAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE DUNAWAY-SHERMAN, | CIV S–03-0693 WBS GGH |
| Plaintiff, | |
| v. | REQUEST FOR DISMISSAL; ORDER |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. / | |

    COMES NOW PLAINTIFF JOYCE DUNAWAY-SHERMAN, and pursuant to the magistrate's order of June 24, 2004, following on-the-record settlement of this matter, requests that this action be dismissed with prejudice, with no costs or attorney fees awarded.

DATED: September 26, 2006                /S/  Jesse S. Kaplan

                                              JESSE S. KAPLAN
                                              Attorney for Plaintiff

**ORDER**

GOOD CAUSE APPEARING from the order of June 24, 2004, and the transcript of proceedings of June 21, 2004, the above entitled action is HEREBY DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEY FEES.

DATED: September 28, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

I, Oksana Paprotskaya, declare that I am over the age of 18 years and of sufficient discretion to serve legal papers. On September 27, 2006, I served the attached REQUEST FOR DISMISSAL; ORDER on defendants by mailing a copy of same as follows:

James Boughey, Esq.
Wilson Elser Moskowitz et al.
650 California St. 14th Fl.
San Francisco, CA   94108

Ronald Keith Alberts
Berger Kahn
P.O. Box 92621
Los Angeles, CA 90009-9998

1    I declare under penalty of perjury that the foregoing is true and correct, and that this was executed September 27, 2006, at Carmichael, California.

　　　　　　　　　　　　　　　　　　　　　　　　　 /s/    Oksana Paprotskaya